UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY PERNELLE BURGESS,<br><br>　　　　　　　Defendant. | CASE NO.: 24CR427-W<br><br>**Order Continuing Motion Hearing Trial Setting** |

    The parties' joint motion to continue the Motion Hearing/Trial Setting from June 10, 2024 to July 29, 2024 at 9:00 a.m. is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

    So ordered on June __4__ 2024.

                                                               Hon. Thomas J. Whelan<br>
                                                               United States District Judge