UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-CR-0427-W |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ANTHONY PERNELLE BURGESS, | |
| Defendant. | |

WHEREAS, in the Indictment, the United States sought forfeiture of all right, title and interest in a specific property of Defendant ANTHONY PERNELLE BURGESS ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as property constituting proceeds of the offense set forth in Count 1 in the violation of Title 18, United States Code, Section 2113(a) as charged in Count 1 in the Indictment.

WHEREAS, on July 29, 2024, Defendant pled guilty before District Judge Thomas J. Whelan to Count 1 of the Indictment, which plea included consents to the forfeiture allegations of the Indictment, and consented to the forfeiture of all property seized in connection with the case, including, but not limited to $920.00 U.S. Currency pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

WHEREAS, on *, this Court accepted the guilty plea of Defendant; and

1  WHEREAS, by virtue of the facts set forth in the plea agreement and financial addendum, the Court finds that the United States has established the requisite nexus between the forfeited currency and the offense; and

WHEREAS, the $920.00 U.S. Currency is currently in the custody of the San Diego Police Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, all right, title, and interest of Defendant ANTHONY PERNELLE BURGESS in the following currency which is currently in the custody of the San Diego Police Department, are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The Court further orders that the San Diego Police Department shall dispose of this currency according to law, when no longer needed for evidence: $920.00 U.S. Currency.

2. No ancillary proceeds or further forfeiture action is required as to Defendant ANTHONY PERNELLE BURGESS for this criminal case.

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 9/4/24

Honorable Thomas J. Whelan
United States District Judge